**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 98-30074

RAMONA C. GROS,

Plaintiff-Appellant,

VERSUS

KENNETH S. APFEL, COMMISSIONER OF SOCIAL SECURITY,

Defendant-Appellee.

Appeal from the United States District Court
For the Eastern District of Louisiana
(96-CV-3323-D)

February 8, 1999

Before GARWOOD, DAVIS and DeMOSS, Circuit Judges.

PER CURIAM:[*]

After reviewing the record in this case and considering the briefs and argument of counsel, we conclude that the order of the Commissioner is supported by substantial evidence.

AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.